UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TIMOTHY L. SCATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:12-CV-408 |
| v. | ) |
| | ) Collier/Lee |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Plaintiff Timothy L. Scates ("Plaintiff") filed a motion to proceed *in forma pauperis* (Court File No. 2). On December 14, 2012, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 3). In the R&R, the magistrate judge recommended Plaintiff's motion be denied. Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's R&R and **ORDERS** that Plaintiff's motion to proceed *in forma pauperis* be **DENIED** (Court File No. 2).[1]

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

---

[1] According to a recent docket entry in CM/ECF, the filing fee was paid in this case on December 19, 2012. Therefore, Plaintiff's motion is also effectively moot.